# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TARZ MITCHELL,

    *Plaintiff*,

vs.

GREG COX, *et al.*,

    *Defendants*.

2:12-cv-01128-GMN-PAL

ORDER

    Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

    The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached a financial certificate, but he attached only one page from the statement of his inmate trust account for the past six months. He must attach the full printout, which is several pages long.

    Plaintiff indicated in a letter (#2) that a family member might be paying the filing fee. The Court's accounting records confirm that the fee has not been paid. Obtaining an e-mail address from the Court is not necessary for a family member to pay the filing fee.

    It does not appear from review of the allegations presented that a dismissal without prejudice will result in a promptly filed and properly commenced action being time-barred. This improperly-commenced action therefore will be dismissed without prejudice.

1  IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1)
2 is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new
3 complaint on the required form in a new action together with either a new pauper application
4 with all required attachments or payment of the $350.00 filing fee.
5  The Clerk of Court shall send plaintiff a copy of the papers that he filed along with the
6 complaint and pauper forms and instructions for both forms.
7  The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.
8  DATED this 30th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge